# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF GEORGIA

### SAVANNAH DIVISION

| | | |
|---|---|---|
| ANTHONY GEORGE HICKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  CV408-006 |
| | ) | |
| THE CITY OF SAVANNAH, | ) | |
| SAVANNAH-CHATHAM COUNTY | ) | |
| METROPOLITAN POLICE | ) | |
| DEPARTMENT, DAN FLYNN, and | ) | |
| J. MILLER, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed.  Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _8_ day of _July_, 2008.

B. AVANT EDENFIELD,
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA